# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2010

Marilyn Kelly,
Chief Justice

141411

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

VALARIE COULTER,
   Plaintiff-Appellant,

v

              SC: 141411
              COA: 296688
              WCAC: 08-000255
GENERAL MOTORS CORPORATION,
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the June 9, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2010          _____

                      Clerk